IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIONNE RHETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Commissioner of Social Security | : | NO. 21-4899 |

## ORDER

**AND NOW**, this 10th day of March, 2023, this Court having ordered, in an Order filed contemporaneously with this one, that Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Craig Straw are overruled, the Report and Recommendation is approved and adopted, and Plaintiff's Request for Review is denied, **IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.